Susan B. Meyer, Bar No. 204931
smeyer@grsm.com
**GORDON REES SCULLY MANSUKHANI LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel (619) 230-7768 / Fax (619) 696-7124

Craig J. Mariam, Bar No. 225280
cmariam@grsm.com
Reid E. Dammann, Bar No. 249031
rdammann@grsm.com
Karin A. Curtis, Bar No. 308562
kcurtis@grsm.com
**GORDON REES SCULLY MANSUKHANI LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel: (213) 576-5000 / Fax: (213) 680-4470

Attorneys for Plaintiff
LANARD TOYS LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD TOYS LIMITED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BIG LOTS STORES, INC. and RMS INTERNATIONAL (USA), INC., and DOES 1 through 10,<br><br>　　　　　Defendant.<br><br>―――――――――――――――<br>BIG LOTS STORES, INC. and RMS INTERNATIONAL (USA), INC.,<br><br>　　　　　Counterclaimants,<br><br>　vs.<br><br>LANARD TOYS LIMITED,<br><br>　　　　　Counterdefendant. | CASE NO. 2:17-cv-04469 R (JPRx)<br><br>Honorable Manuel L. Real<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[FED. R. CIV. P. RULE 41(A)(1)(A)(II)]**<br><br>*[PROPOSED] ORDER LODGED* |

-1-
JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Lanard Toys Limited ("Lanard") and defendants Big Lots Stores, Inc. ("Big Lots") and RMS International (USA), Inc. ("RMS") file this stipulation of dismissal and hereby jointly stipulate to dismiss all claims in this action in their entirety with prejudice. All parties shall bear their own costs and fees.

SO STIPULATED

Dated: November 6, 2017

By: */s/ Craig J. Mariam*

Craig J. Mariam (SBN: 225280)
cmariam@grsm.com
Reid E. Dammann (SBN: 249031)
rdammann@grsm.com
Karin A. Curtis (SBN: 308562)
kcurtis@grsm.com
**GORDON REES SCULLY MANSUKHANI LLP**
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Tel: (213) 576-5000
Fax: (213) 680-4470

Susan B. Meyer (SBN: 204931)
smeyer@grsm.com
**GORDON REES SCULLY MANSUKHANI LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Tel (619) 230-7768 / Fax (619) 696-7124

Attorneys for Plaintiff
Lanard Toys Limited

By: */s/ Jeffrey A. Lindenbaum*

Jeffrey A. Lindenbaum
*Admitted Pro Hac Vice*
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue

**Gordon & Rees LLP**
101 W. Broadway Suite 2000
San Diego, CA 92101

Ossining, New York 10562
(914) 941 5668
(914) 941-6091 (facsimile)
jlindenbaum@collenip.com

Paul B. Derby (SBN: 211352)
pderby@skiermontderby.com
John J. O'kane IV (SBN: 268632)
jokane@skiermontderby.com
Mane Sardaryan (SBN: 287201)
msardaryan@skiermontderby.com
**SKIERMONT DERBY LLP**
800 Wilshire Boulevard, Suite 1450
Los Angeles, California 90017
Telephone: (213) 788-4500
Facsimile: (213) 788-4545

Attorneys for Defendants
Big Lots Stores, Inc. and RMS International (USA), Inc.

### DECLARATION OF CRAIG J. MARIAM

I, Craig J. Mariam, am the ECF User whose ID and password are being used to file this JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE. In compliance with Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (i.e., /s/) within this document.

Dated:  November 6, 2017        By:    */s/ Craig J. Mariam*
                                       Craig J. Mariam

**Gordon & Rees LLP**
**101 W. Broadway Suite 2000**
**San Diego, CA 92101**

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is jfarrar@grsm.com. On November 6, 2017, I served the foregoing document entitled: **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** by electronic service through the CM/ECF System which automatically generates of Notice of Electronic Filing ("NEF") and is sent by e-mail to all CM/ECF Users who have appeared in the case in this Court. Service with this NEF will constitute service pursuant to Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on November 6, 2017 at San Diego, California.

_____
Jeanne P. Farrar